# **Exhibit A**

| No. | Title | Copyright Number(s) |
|-----|-------|---------------------|
| 1 | 1 | PA0002080490 |
| 2 | 1 OF 1 | PA0002197703 |
| 3 | 10,000 HOURS | PA0002212950; PA0002248599; PA0002223387 |
| 4 | 11/6/1964 | PA0001233659 |
| 5 | 1400/999 FREESTYLE | PA0002347315 |
| 6 | 5 STAR REMIX | PA0001888066 |
| 7 | 50000 | PA0002086332 |
| 8 | 7 RINGS | PA0002187265 |
| 9 | A FRIEND LIKE U | PA0000670351 |
| 10 | A GOOD NIGHT | PA0002139000 |
| 11 | A LITTLE BIT STRONGER | PA0001728137; PA0001755644; PA0001871247; PA0002156834 |
| 12 | A$$HOLE (NO APOLOGIES) | PA0002153878 |
| 13 | AFROKI | PA0001969859 |
| 14 | AFTER PARTY | PA0002382163 |
| 15 | AIN'T YOU | PA0002085077 |
| 16 | ALL ABOUT LOVE | PA0001233608 |
| 17 | ALL I DO IS WIN | PA0001699760; PA0001750015; PA0002072437 |
| 18 | ALL I GOT | PA0002077936 |
| 19 | ALL I NEED IS YOU | PA0000737493 |
| 20 | ALL I REALLY WANT | PA0001310293 |
| 21 | ALL THINGS NEW | PA0001284896 |
| 22 | ALL THIS GLORY | PA0001804224 |
| 23 | ALL THIS TIME | PA0001784073 |
| 24 | ALONE (WITH NICKI MINAJ) | PA0002462676 |
| 25 | ALWAYS BEFORE ME | PA0000693123 |
| 26 | ANARCHY IN THE U.K. | EU0000853584 |
| 27 | ANGEL EYES | PA0000385332 |
| 28 | ANGEL | PA0000342822 |
| 29 | ANGELS WE HAVE HEARD ON HIGH | PA0001676628 |
| 30 | ANGELS WISH | PA0001284896 |
| 31 | ANYTHING GOES | PA0002055938 |
| 32 | ASS LIKE THAT | PA0001295394 |
| 33 | A-YO | PA0002083980; PA0002085509 |
| 34 | BACK TOGETHER | PA0001987484 |
| 35 | BAD FOR YOU | PA0002050921 |
| 36 | BANG BANG | PA0001962310; PA0001945992 |
| 37 | BE ALRIGHT | PA0002054611; PA0002065668 |
| 38 | BE MY BABY | PA0000335058; RE0000515815; EU0000789193 |
| 39 | BE REAL | PA0002191507 |
| 40 | BE STILL AND KNOW | PA0000964350 |

1

| No. | Title | Copyright Number(s) |
|---|---|---|
| 41 | BEAUTIFUL SCARS | PA0001702533 |
| 42 | BEAUTY AND A BEAT | PA0001850375 |
| 43 | BEEN YOU | PA0002011125 |
| 44 | BELIEVE ME NOW | PA0001284897 |
| 45 | BELIEVE | PA0001850360; PA0001818479; PA0001835123 |
| 46 | BELONG | PA0000969245 |
| 47 | BEST 4 U | PA0002199452; PA0002088416; PA0002222370 |
| 48 | BETTER OFF | PA0002152069; PA0002168696 |
| 49 | BITCH I'M MADONNA | PA0002038429 |
| 50 | BLACK WAVE | PA0002096006 |
| 51 | BLESS THE BROKEN ROAD | PA0000734451 |
| 52 | BLUE DESTINY | EU0000722744; PA0000164383 |
| 53 | BOBBY IN PHOENIX | PA1799751 |
| 54 | BOOMIN | PA0002291313 |
| 55 | BOUND 2 | PA0001890239; PA0001921191; PA0002269964 |
| 56 | BOY LIKE YOU, A | PA0001885995 |
| 57 | BRING IT ON | PA0001202157 |
| 58 | BROCCOLI | PA0002047080 |
| 59 | BROKEN | PA0001606761 |
| 60 | BRUISES | PA0002184457 |
| 61 | BTW | PA0002189927 |
| 62 | BURN THE SHIPS | PA0000745399 |
| 63 | BUTTERFLIES | PA0002454166 |
| 64 | CAN'T FEEL MY FACE | PA0001998894; PA0002018999; PA0002083580 |
| 65 | CAROLINA | PA0002085453 |
| 66 | CARRY YOU TO JESUS | PA0001202157 |
| 67 | CELEBRATE YOU | PA0000829640 |
| 68 | CENTURIES | PA0001961647 |
| 69 | CHAMPAIGN, ILLINOIS | EU0000148360; RE0000744485 |
| 70 | CHANGE | PA0002267959 |
| 71 | CHANGE, THE | PA0000964352 |
| 72 | CHASE ME | PA0002214142 |
| 73 | CHASE THE SUMMER | PA0002218682 |
| 74 | CHECK IT OUT | PA0001745293 |
| 75 | CHILDREN OF GOD | PA0001606761 |
| 76 | CHILDREN OF THE BURNING HEART | PA0000829640 |
| 77 | CHILDREN | PA0002011127 |
| 78 | CHRISTMAS IS ALL IN THE HEART | PA0000783251 |
| 79 | CHURCH GIRL | PA0002375259 |
| 80 | CINDERELLA | PA0001606761 |

| No. | Title | Copyright Number(s) |
|---|---|---|
| 81 | CLAPPERS | PA0001884518 |
| 82 | COMING ATTRACTIONS | PA0001284896 |
| 83 | COMING BACK FOR YOU | PA0001968326; PA0001948819 |
| 84 | COMPANY | PA0002011132 |
| 85 | COMPLICATED | PA0001101506 |
| 86 | CRUEL TO BE KIND | PA0000022753 |
| 87 | DANCING WITH A RICH MAN | PA0000922232 |
| 88 | DANCING WITH THE DINOSAUR | PA0000745405 |
| 89 | DARK FANTASY | PA0002074216 |
| 90 | DARK HORSE | PA0001960366; PA0001871672; PA0001869798 |
| 91 | DEAR MAMA | PAU002033035; PA0000773741 |
| 92 | DECK OF CARDS | PA0000138516 |
| 93 | DECLARATION OF DEPENDENCE | PA0001202157 |
| 94 | DEFINITION OF ME | PA0001606761 |
| 95 | DESPACITO (FT. JUSTIN BIEBER) (REMIX) | PA0002080459; PA0002079925 |
| 96 | DID IT ON'EM | PA0001745300 |
| 97 | DIVE | PA0000964350 |
| 98 | DJ GOT US FALLIN' IN LOVE | PA0001730920; PA0001716519; PA0001720580; PA0001760559; PA0001396949 |
| 99 | DO OR DIE (REMIX - CLUB VERSION) | PA0001916109 |
| 100 | DO WAH DIDDY DIDDY | EP0000193467 |
| 101 | DO YOU MIND | PA0002084498 |
| 102 | DOLLAR BILL | PA0000936142 |
| 103 | DOLO | PA0001984595 |
| 104 | DON'T BE GONE TOO LONG | PA0001943417; PA0002052039; PA0002090392 |
| 105 | DON'T CALL ME TONIGHT | PA0000185007 |
| 106 | DON'T DIE YOUNG, DON'T GET OLD | PA0002063467 |
| 107 | DON'T GET MUCH BETTER | PA0002214141 |
| 108 | DON'T HURT ME | PA0002054098; PA0002081347 |
| 109 | DON'T KILL MY HIGH | PA0002189777 |
| 110 | DON'T LET GO OF ME | PA0000169438 |
| 111 | DON'T LET THE FIRE DIE | PA0000668614 |
| 112 | DON'T MIND | PA0002048732 |
| 113 | DON'T PHUNK WITH MY HEART | PA0001293230; PA0001340072 |
| 114 | DRACULA | PA0001969862 |
| 115 | DRIVE | PA0001816534 |
| 116 | DROP IT ON ME | PA0001162873; PA0001389090 |
| 117 | EAT THE RICH | PA0000626886; PA0000629276 |
| 118 | ECHOS OF EDEN | PA0001233659 |
| 119 | ELTON'S SONG | PA0000111990; PA0000114753 |

3

| No. | Title | Copyright Number(s) |
|---|---|---|
| 120 | ENTERTAINING ANGELS | PA0000909016 |
| 121 | ETERNITY | PA0000120224 |
| 122 | EVER SINCE NEW YORK | PA0002085466 |
| 123 | EVERY POSITION | PA0002031790 |
| 124 | EVERYWHERE I GO | PA0002021787 |
| 125 | EXPLOCION | PA0002387071 |
| 126 | EXPRESSIONS OF YOUR LOVE | PA0001241122 |
| 127 | FACTS ARE FACTS | PA0000745401 |
| 128 | FAITHFUL FRIEND | PA0000808852 |
| 129 | FAMOUS | PA0002177935 |
| 130 | FATHER STRETCH MY HANDS, PT. 1 | PA0002192892 |
| 131 | FINGERPRINTS OF GOD | PA0000964350 |
| 132 | FIRST CALL | PA1287666 |
| 133 | FIRST CLASS | PA0002355942 |
| 134 | FLY OVER STATES | PA0001727375; PAu003013219; PAu003142323 |
| 135 | FOOL'S PARADISE | PA1274450 |
| 136 | FOREVER YOUNG | PA0001225214; PA0000275024; PA0000049298; EP0000322186; EP0000322185; EU0000454119; EU0000423094 |
| 137 | FOREVER YOUNG (ROD STEWART VERSION) | PA0000399931; PA0000376301 |
| 138 | FREE | PA0000829640 |
| 139 | FROM THE DINING TABLE | PA0002085471 |
| 140 | FYT | PA0002235831 |
| 141 | GET GEEKED | PA0002191494 |
| 142 | GET THE MESSAGE | PA0000525025; PA0000530470 |
| 143 | GETTING AWAY WITH IT | PA0000471094; PA0000454105; PA0000475395; PA0000475171 |
| 144 | GHOST TOWN | PA0002163798; PA0002225853 |
| 145 | GHOST | PA0002370578; PA0002305423 |
| 146 | GIRLS FALL LIKE DOMINOS | PA0001725031; PA0001996711 |
| 147 | GIVE IT ALL WE GOT TONIGHT | PA0001815861; PA0001956815; PA0001864768 |
| 148 | GIVE ME EVERYTHING | PA0001780977; PA0001820420 |
| 149 | GLAMOROUS | PA0001370493; PA0001166841 |
| 150 | GO THERE WITH YOU | PA0000668614 |
| 151 | GOD CAUSES ALL THINGS TO GROW | PA0000737138 |
| 152 | GOD FOLLOWER | PA0001202157 |
| 153 | GOD IS GOD | PA0001202157 |
| 154 | GOD SAVE THE QUEEN (NO FUTURE) | PAU001125349 |
| 155 | GOIN' NOWHERE BLUES | PA0001246927 |
| 156 | GOING HOME FOR CHRISTMAS | PA0000783253 |

| No. | Title | Copyright Number(s) |
|---|---|---|
| 157 | GOLDEN GIRL | PA0002037304 |
| 158 | GOOD LUCK | PA0002345125 |
| 159 | GOODBYE | PA0002152789 |
| 160 | GOT IT GOOD | PA0002084787 |
| 161 | GOT TO B TRU | PA0000668614 |
| 162 | GRAND PIANO | PA0002063429 |
| 163 | GREAT EXPECTATIONS | PA0000964350 |
| 164 | GRENADE | PA0002182938 |
| 165 | GRIGIO GIRLS | PA0002085515 |
| 166 | HALL OF FAME | PA0001828622 |
| 167 | HATE ME | PA0002241312 |
| 168 | HE REIGNS | PA0001226974 |
| 169 | HEART BLANCHE INTRO | PA0002009567 |
| 170 | HEART IS FULL | PA0002082793 |
| 171 | HEART IS FULL REMIX | PA0002074694 |
| 172 | HEARTBEAT OF HEAVEN | PA0000745402 |
| 173 | HEART'S CRY | PA0000668617 |
| 174 | HEARTS DON'T BREAK THAT WAY | PA0002094290 |
| 175 | HEAVEN IN THE REAL WORLD | PA0000752926 |
| 176 | HELLO | PA0001817135 |
| 177 | HERE FOR YOU | PA0001734758 |
| 178 | HEY MAMA | PA0001989993 |
| 179 | HIGH DIVING | PA0002390189; PA0002323345 |
| 180 | HILLSIDE AVENUE | PA0002037315 |
| 181 | HIT 'EM UP | PA0000911002 |
| 182 | HOLD MY LIQUOR | PA0001890241; PA0001901348; PA0001895120 |
| 183 | HOLD ON | PA0000264332; PA0000428690 |
| 184 | HOLD ON | PA0002290958; PA0002313176; PA0002319091 |
| 185 | HOLD ON TO JESUS | PA0000829641 |
| 186 | HOLD UP | PA0002062062; PA0002081423 |
| 187 | HOLDING A MYSTERY | PA0001233659 |
| 188 | HOLY, HOLY, HOLY | PA0001730315 |
| 189 | HOME RUN | PA0000746178 |
| 190 | HONKY TONK WOMEN | EU0000125715 |
| 191 | HOPE | PA0001364202 |
| 192 | HOPE IN FRONT OF ME | PA0001921931; PA0001924401; PA0002241212 |
| 193 | HOT BOY | PA0002197777 |
| 194 | HOT GIRL SUMMER | PA0002250916 |
| 195 | HOV LANE | PA0001912281; PA0001791316 |
| 196 | HOW DO I LOVE HER | PA0001233659 |
| 197 | H-TOWN | PA0001848376 |

5

| No. | Title | Copyright Number(s) |
|---|---|---|
| 198 | I AM FOUND IN YOU | PA0000864189 |
| 199 | I BELIEVE IN YOU | PA0001284896 |
| 200 | I CAN'T EVEN LIE | PA0002116005 |
| 201 | I DO BELIEVE | PA0000964350 |
| 202 | I DON'T CARE | PA0002185003 |
| 203 | I DON'T NEED A MAN | PA0001162692; PA0001314866 |
| 204 | I ENDORSE THESE STRIPPERS | PA0002094627 |
| 205 | I GOTTA FEELING | PA0001666768; PA0001396542 |
| 206 | I HOPE TO SEE YOU THERE | PA0000116260 |
| 207 | I LIED | PA0002084433 |
| 208 | I THOUGHT ABOUT KILLING YOU | PA0002225881 |
| 209 | I WILL NOT GO QUIETLY | PA0000893104 |
| 210 | IF I WERE A BOY | PA0002067654 |
| 211 | IF YOU COULD SEE WHAT I SEE | PA0000669230 |
| 212 | ILL EAGLE ALIEN | PA0001637059; PA0001672923 |
| 213 | I'LL NEVER FALL IN LOVE AGAIN | EU0000089380; EP0000255870 |
| 214 | I'LL NEVER LOVE AGAIN | PA0002157405; PA0002156592 |
| 215 | IMMA BE | PA0001682852 |
| 216 | IN DA CLUB | PA0001248729; PA0001147468 |
| 217 | IN MY HEAD | PA0001991015 |
| 218 | INVITATION | PA0000964351 |
| 219 | IT WAS ALWAYS YOU | PA0001914173; PA0001949317 |
| 220 | JESUS IS LIFE | PA0001202159 |
| 221 | JOKE TING | PA0002217766 |
| 222 | JUMPIN' JACK FLASH | EU0000053487 |
| 223 | JUST LOSE IT | PA0001268078; PA0001284525 |
| 224 | KARMA CHAMELEON | PA0000193983 |
| 225 | KEEP YA HEAD UP | PA0000719813; PA0000781850; PA0000611782; PA0000690021; PA0000795371 |
| 226 | KICK START MY HEART | PA0000440232 |
| 227 | KING OF THE JUNGLE | PA0000745406 |
| 228 | KIWI | PA0002085476 |
| 229 | KNIFE TALK | PA0002328062 |
| 230 | KRYPTONITE | PA0000999801 |
| 231 | LAND OF OPPORTUNITY | PA0000829638 |
| 232 | LAST DAY ON EARTH | PA0001284896 |
| 233 | LEGEND HAS IT | PA0002201385 |
| 234 | LEGEND | PA0002197674 |
| 235 | LET IT ROLL | PA0002037313 |
| 236 | LET ME DOWN EASY | PA0002421534; PA0002472978 |
| 237 | LET US PRAY | PA0000829640 |
| 238 | LET'S STAY TOGETHER | EU0000287623;RE0000799562 |
| 239 | LIFE'S A BITCH | PA0000921808; PA0000924689 |

6

| No. | Title | Copyright Number(s) |
|---|---|---|
| 240 | LIKE PATSY WOULD | PA0002150288 |
| 241 | LISTEN TO OUR HEARTS | PA0000670351 |
| 242 | LIVE OUT LOUD | PA0001202158 |
| 243 | LIVE TO TELL | PA0000669230 |
| 244 | LIVIN' IT UP | PA0001936035 |
| 245 | LONG WAY HOME | PA0001969874 |
| 246 | LORD OF THE DANCE | PA0000829639 |
| 247 | LOSING IT OVER YOU | PA0002154110 |
| 248 | LOST | PA0002325254; PA0002305396; PA0002341591 |
| 249 | LOST IN CALIFORNIA | PA0002063466 |
| 250 | LOST ON YOU | PA0002050994 |
| 251 | LOTTERY | PA0002184002 |
| 252 | LOVE AND LEARN | PA0000745404 |
| 253 | LOVE IS GONNA LIFT YOU UP | PAu3627563 |
| 254 | LOVE WILL SAVE THE DAY | PA0000746181 |
| 255 | LOVE YOU ANYWAY | PA0002121783 |
| 256 | MAGNIFICENT OBSESSION | PA0001202157 |
| 257 | MAMA'S SONG | PA0001771813; PA0001704598 |
| 258 | MARIA | PA0000668616 |
| 259 | ME AND MY BROKEN HEART | PA0001959686 |
| 260 | MEANT TO BE | PA0002105522 |
| 261 | MEET ME HALFWAY | PA0001659066 |
| 262 | MEET ME IN THE HALLWAY | PA0002085478 |
| 263 | MEMORIES | PA0002210782; PA0002213923; PA0002225064 |
| 264 | MEMORIES REMIX | PA0002213923; PA0002225064 |
| 265 | MIDNIGHT | PA0001916020 |
| 266 | MILF | PA0001916157 |
| 267 | MILLION MILES AWAY, A | EU0000732690; PA0000820193 |
| 268 | MIRACLE OF CHRISTMAS, THE | PA0001310293 |
| 269 | MIRACLE OF MERCY | PA0000745400 |
| 270 | MIRACLE OF THE MOMENT | PA0001606763 |
| 271 | MIRACLE OF YOU | PA0001233659 |
| 272 | MISSING YOU | PA0001986445 |
| 273 | MISSING YOU LATELY | PA0002089510 |
| 274 | MOMENT MADE FOR WORSHIPPING | PA0001233659 |
| 275 | MOMENT OF YOUR LIFE | PA0002470895 |
| 276 | MONEY TO BURN | PA0002037307 |
| 277 | MONSTER | PA0001965626; PA0001927808 |
| 278 | MOONLIGHT IN VERMONT | EU0000395533;R00000515635 |
| 279 | MOVIENDO CADERAS | PA0002419390 |
| 280 | MUCH OF YOU | PA0001284896 |
| 281 | MY HEART BELONGS TO YOU | PA0000804864 |

| No. | Title | Copyright Number(s) |
|---|---|---|
| 282 | MY HOPE | PA0001678521 |
| 283 | MY SHOT | PA0002019276 |
| 284 | MY SURRENDER | PA0001606763 |
| 285 | NEEDED ME | PA0002083713 |
| 286 | NEVER BE THE SAME | PA0000234901 |
| 287 | NEVER ONCE | PA0001751591 |
| 288 | NEW FLAME | PA0002052785 |
| 289 | NEXT FIVE MINUTES NEXT 5 MINUTES | PA0000964353 |
| 290 | NIGHT BEFORE CHRISTMAS | PA0001310293 |
| 291 | NO DIGGITY | PA0000839312 |
| 292 | NO FAVORS | PA0002115465 |
| 293 | NO GREATER LOVE | PA0001202157 |
| 294 | NO LIE | PA0002218500 |
| 295 | NO LIMIT (LOVE TO BE HAD) | PAU001982433; PA0000707179 |
| 296 | NO PLACE LIKE HOME | PA0002178587 |
| 297 | NO PRESSURE OVER CAPPUCCINO | PA0000978152 |
| 298 | NO STRINGS | PA0002184012 |
| 299 | NOBODY EVER (ONLY YOU) | PA0000991417 |
| 300 | NOBODY'S LOVE | PA0002324375; PA0002264628 |
| 301 | NOS MATAMOS | PA0002421759 |
| 302 | NOT HOME YET | PA0000864189 |
| 303 | NOTHING CAN SAVE YA | PAu003627553 |
| 304 | NOTHING TO LOSE | PA0002075906 |
| 305 | O, COME ALL YE FAITHFUL | PA0001676628 |
| 306 | O, HOLY NIGHT | PA0001676628 |
| 307 | OBVIOUS | PA0001243931 |
| 308 | OH DADDY | PA0001163145 |
| 309 | ONE DAY I'LL FLY AWAY | PA0000081908 |
| 310 | ONE DAY | PA0001686738 |
| 311 | ONE HEARTBEAT ONE LITTLE HEARTBEAT | PA0001606761 |
| 312 | ONE IN A MILLION | PA0002154867; PA0002336378 |
| 313 | ONE LAST TIME | PA0001941577 |
| 314 | ONE LITTLE HEARTBEAT AT A TIME | PA0001308997 |
| 315 | ONE MAN CAN CHANGE THE WORLD | PA0001982833; PA0002032951 |
| 316 | ONE MORE NIGHT | PA0001810344; PA0001824570 |
| 317 | ONLY ANGEL | PA0002079424; PA0002085480 |
| 318 | ONLY GETTING STARTED | PA0001284896 |
| 319 | ONLY NATURAL | PA0000829640 |
| 320 | ONLY ONE MOON | PA0000642397 |
| 321 | OOH LA LA | PA0002079565; PA0002182058 |
| 322 | OUR GOD IS WITH US | PA0000783258 |

8

| No. | Title | Copyright Number(s) |
|---|---|---|
| 323 | OUR LIPS ARE SEALED | PAU000299968 |
| 324 | OUT THERE | PA0001010106 |
| 325 | OVERFLOW | PA0001011533 |
| 326 | PAPI LOVER | PA0001628107; PA0001606172 |
| 327 | PASS IT ON | PA0000978709 |
| 328 | PEOPLE NEED A MELODY | PA0002217744 |
| 329 | PERMISSION | PA0002047051 |
| 330 | PIMP MODE | PA1396359 |
| 331 | PINK & BLUE | PA0001158329 |
| 332 | PLAIN JANE (REMIX) | PA0002267008 |
| 333 | PLANE TO PR | PA0001660105 |
| 334 | PLAY WITH FIRE | PAU001489708 |
| 335 | PLEASE FORGIVE MY HEART | PAu003627570 |
| 336 | PLEASE ONLY YOU | PA0001284896 |
| 337 | POISON | PA0000472703; PA0000445681 |
| 338 | POR QUE SERA | PA0002190016 |
| 339 | POUND THE ALARM | PA0001911382 |
| 340 | POWERLESS | PA0001805751 |
| 341 | PRAISE GOD | PA0002370856 |
| 342 | PRECIOUS PROMISE | PA0000783252 |
| 343 | PRETTY GIRL ROCK | PA0001784138 |
| 344 | PROUD | PA0001702532 |
| 345 | PYD | PA0001905346 |
| 346 | QUE PASO? | PA0001612011; PA0001593315 |
| 347 | RADAR | PA0002153882 |
| 348 | RAGS TO RAGS | PA0000810585; PA0000830594 |
| 349 | RAIN ON ME | PA0002283423 |
| 350 | REAL FRIENDS | PA0002088531; PA0002192887 |
| 351 | REASON TO SMILE | PA0002345871 |
| 352 | REMEMBER YOUR CHAINS | PA0000745403 |
| 353 | REMEMBERING YOU | PA0001309049 |
| 354 | RIGHT BY MY SIDE | PA0001915006 |
| 355 | ROCK THAT BODY | PA0001677813; PA0001666771; PA0001982274 |
| 356 | ROLEX | PA0002109560 |
| 357 | RUBBER MEETS THE ROAD | PA0000829640 |
| 358 | RUDE | PA0001923767; PA0001925386 |
| 359 | RUN THE WORLD (GIRLS) | PA0001825146; PA0001861905; PA0001761179 |
| 360 | RUN | PA0002345766 |
| 361 | SACRIFICE | PA0002201964 |
| 362 | SAME CLOTHES AS YESTERDAY | PA0002100095 |
| 363 | SANTA TELL ME | PA0001989833; PA0002017706; PA0002524750 |

9

| No. | Title | Copyright Number(s) |
|---|---|---|
| 364 | SARTORIAL ELOQUENCE | PA0000077139 |
| 365 | SAVIOR | PA0001202157 |
| 366 | SEE THE GLORY | PA0001202160 |
| 367 | SEIGFRIED | PA0002081254 |
| 368 | SHADOW | PA0001158591 |
| 369 | SHADOWLANDS | PA0001310352 |
| 370 | SHAKE YA TAILFEATHER | PA0001248945 |
| 371 | SHE MOVED THROUGH THE FAIR | PA0000022857 |
| 372 | SHE'S A RAINBOW | EU0000031919 |
| 373 | SHOOTING STAR | PA1822381 |
| 374 | SHOW YA PUSSY | PA0002031786 |
| 375 | SIDE TO SIDE | PA0002061775 |
| 376 | SIGN OF THE TIMES | PA0002085488 |
| 377 | SIGNS OF LIFE | PA0000829640 |
| 378 | SINCE WE'RE ALONE | PA0002097357 |
| 379 | SING 2 U | PA0001919833 |
| 380 | SK8ER BOI | PA0001101507 |
| 381 | SLOW | PA0002154145 |
| 382 | SLOW HANDS | PA0002085707; PA0002097359; PA0002208136; PA0002079599 |
| 383 | SMILE | PA0002265096 |
| 384 | SOMETHING CRAZY | PA0001606763 |
| 385 | SOMETIMES HE COMES IN THE CLOUDS | PA0000786100 |
| 386 | SPARK | PA0002182036 |
| 387 | SPEECHLESS | PA0000964351 |
| 388 | STARSHIPS | PA0001819003; PA0001840406; PA0001912086; PA0001822042; PA0001807221 |
| 389 | STAY | PA0002316799 |
| 390 | STILL CALLED TODAY | PA0000668614 |
| 391 | STILL DOIN' TIME | PA120098 |
| 392 | STILL LISTENING | PA0000760047 |
| 393 | STREET FIGHTING MAN | EU0000070720 |
| 394 | STUPID | PAu3627567 |
| 395 | STUPID LOVE | PA0002283446 |
| 396 | SUMMER BUNNIES | PA0000734973 |
| 397 | SUMMER THING | PA0002182129 |
| 398 | SYMPATHY FOR THE DEVIL | EU0000075421 |
| 399 | TARZAN AND JANE WE BELONG TOGETHER | PA0001233659 |
| 400 | TEAR IT UP | PA0002031795 |
| 401 | TELL ME AGAIN | PA0000746185 |

| No. | Title | Copyright Number(s) |
|---|---|---|
| 402 | THANK U, NEXT | PA0002197954; PA0002159484; PA0002154953; PA0002165872 |
| 403 | THANKS TO YOU | PA0000969245 |
| 404 | THAT'S PARADISE | PA0000668613 |
| 405 | THAT'S WHEN I'LL KNOW I'M HOME | PA0000669230 |
| 406 | THE BIG STORY | PA0001284896 |
| 407 | THE GREAT ADVENTURE | PA0000668613 |
| 408 | THE HAND THAT HOLDS THE WORLD | PA0001332502 |
| 409 | THE KEEPER OF STARS | PA0000692567 |
| 410 | THE MOUNTAIN | PA0000760045 |
| 411 | THE REAL SLIM SHADY | PA0001040874; PA0001022539; PA0000980855 |
| 412 | THE WALK | PA0000829640 |
| 413 | THERE IS A LIGHT | PA0000132690 |
| 414 | THERE'S NO TOMORROW | PA0001727750 |
| 415 | THIS DAY | PA0001202157 |
| 416 | THIS HAPPY FEELING | PA108977 |
| 417 | THREADS | PA0000867950 |
| 418 | THROUGH IT | PA0000969245 |
| 419 | THROW THIS MONEY ON YOU | PA0001934439 |
| 420 | TIMBER | PA0002045082; PA0001868393; PA0002098155 |
| 421 | TITANIUM | PA0001803232; PA0001814072 |
| 422 | TO THE WORLD | PA0001913933 |
| 423 | TOUCHY SITUATION | PA0002181840 |
| 424 | TOUGH | PA0002193418 |
| 425 | TREASURE OF JESUS | PA0001284896 |
| 426 | TREASURE OF YOU | PA0000760046 |
| 427 | TUKOH TAKA | PA0002457742 |
| 428 | TWO GHOSTS | PA0002079418; PA0002211804; PA0002085492 |
| 429 | UNCONDITIONAL LOVE | PA1075151; PA0001070589 |
| 430 | UNION | PA0001162793 |
| 431 | UPTOWN FUNK | PA0001938200 |
| 432 | VICTORIOUS | PA0002064427; PA0002191518; PA0002008869; PA0002087649; PA0002026247 |
| 433 | WALK WITH THE WISE | PA0000668615 |
| 434 | WANNABE | PA0000823685 |
| 435 | WAR OUTSIDE | PA0002345885 |
| 436 | WE TRUST IN THE NAME OF THE LORD OUR GOD | PA0000737139 |
| 437 | WE WILL DANCE | PA0001233659 |

11

| No. | Title | Copyright Number(s) |
| --- | --- | --- |
| 438 | WHAT A WONDERFUL WORLD | RE0000689584 |
| 439 | WHAT DOESN'T KILL YOU (STRONGER) | PA0001771872; PA0001789350; PA0001785612; PA0002285493; PA0001807173 |
| 440 | WHAT I REALLY WANT TO SAY | PA0000964350 |
| 441 | WHAT I'M FIGHTING FOR | PA0001702532 |
| 442 | WHAT IS LOVE | PA0001992195 |
| 443 | WHAT NOW | PA0001284896 |
| 444 | WHAT THE WATER GAVE ME | PA0001777611 |
| 445 | WHAT WOULD I SAY | PA0000829640 |
| 446 | WHATEVER | PA0000964350 |
| 447 | WHEN LOVE TAKES YOU IN | PA0001202157 |
| 448 | WHERE IS THE LOVE? | PA0001220894; PA0001190746; PA0001158849; PA0001158942; PA0001190467; PA0001249866 |
| 449 | WHERE WE BELONG | PA0000668614 |
| 450 | WHIP IT | PA0001911380 |
| 451 | WHO I AM | PA0002090705; PA0002199469; PA0002219797 |
| 452 | WHO'S YOUR DADDY | PA0001660105 |
| 453 | WILD WIND | PA0001246923 |
| 454 | WILDFIRE | PA0001733954 |
| 455 | WIPE YOUR EYES | PA0001811795 |
| 456 | WITH EVERY LITTLE KISS | PA0001233659 |
| 457 | WITH HOPE | PA0000964350 |
| 458 | WITH ONE VOICE | PA0001606765 |
| 459 | WORLDWIDE MOB FIGGAZ | PA1075156; PA1051885 |
| 460 | WOULDN'T LEAVE | PA0002226372; PA0002163619 |
| 461 | YIKES | PA0002457681; PA0002393651 |
| 462 | YOU ALREADY KNOW | PA0002136804 |
| 463 | YOU ARE BEING LOVED | PA0001606761 |
| 464 | YOU CAN'T ALWAYS GET WHAT YOU WANT | EU0000099333 |
| 465 | YOU DESERVE BETTER | PA0001933962 |
| 466 | YOUR SIDE OF THE WORLD | PA0001233659 |
| 467 | YOU'VE GOT ME | PA0001233659 |