# **Exhibit B**

| No. | Title | Copyright Number(s) |
|---|---|---|
| 1 | BEAUTY AND A BEAT | PA0001850375 |
| 2 | CAROLINA | PA0002085453 |
| 3 | CENTURIES | PA0001961647 |
| 4 | EVER SINCE NEW YORK | PA0002085466 |
| 5 | FOREVER YOUNG | PA0001225214; PA0000275024; PA0000049298; EP0000322186; EP0000322185; EU0000454119; EU0000423094 |
| 6 | FROM THE DINING TABLE | PA0002085471 |
| 7 | GRENADE | PA0002182938 |
| 8 | HONKY TONK WOMEN | EU0000125715 |
| 9 | JUMPIN' JACK FLASH | EU0000053487 |
| 10 | KICK START MY HEART | PA0000440232 |
| 11 | KIWI | PA0002085476 |
| 12 | MEANT TO BE | PA0002105522 |
| 13 | MEET ME IN THE HALLWAY | PA0002085478 |
| 14 | ONLY ANGEL | PA0002079424; PA0002085480 |
| 15 | PLAY WITH FIRE | PAU001489708 |
| 16 | RAIN ON ME | PA0002283423 |
| 17 | SARTORIAL ELOQUENCE | PA0000077139 |
| 18 | SHE'S A RAINBOW | EU0000031919 |
| 19 | SIGN OF THE TIMES | PA0002085488 |
| 20 | SLOW HANDS | PA0002085707; PA0002097359; PA0002208136; PA0002079599 |
| 21 | STEREO HEARTS | PA0001779603; PA0001806415; PA0001753459 |
| 22 | STREET FIGHTING MAN | EU0000070720 |
| 23 | SYMPATHY FOR THE DEVIL | EU0000075421 |
| 24 | TWO GHOSTS | PA0002079418; PA0002211804; PA0002085492 |
| 25 | UPTOWN FUNK | PA0001938200 |
| 26 | YOU CAN'T ALWAYS GET WHAT YOU WANT | EU0000099333 |

1