MANATT, PHELPS & PHILLIPS, LLP
ROBERT A. JACOBS (CA Bar No. 160350)
  *rjacobs@manatt.com*
NATHANIEL L. BACH (CA Bar No. 246518)
  *nbach@manatt.com*
EVAN D. COOPER (*pro hac vice*)
  *ecooper@manatt.com*
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone:    310.312.4000
Facsimile:    310.312.4224

PRANA A. TOPPER (*pro hac vice*)
  *ptopper@manatt.com*
7 Times Square, 23rd Floor
New York, NY 10036
Telephone:  212.790.4500
Facsimile:  212.790.4545

*Attorneys for Plaintiff*
BMG RIGHTS MANAGEMENT (US) LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC d/b/a BMG APOLLO, d/b/a BMG BESPOKE SONGS, d/b/a BMG BESPOKE US, d/b/a BMG BESPOKE WORKS, d/b/a BMG BLUE, d/b/a BMG BUMBLEBEE, d/b/a BMG CICADA, d/b/a BMG DIAMOND SONGS, d/b/a BMG FIREFLY, d/b/a BMG GEMINI, d/b/a BMG GOLD SONGS, d/b/a BMG MERCURY, d/b/a BMG MONARCH, d/b/a BMG ONYX SONGS, d/b/a BMG PLATINUM SONGS US, d/b/a BMG PRODUCTION MUSIC US, d/b/a BMG PRODUCTION SONGS, d/b/a BMG PRODUCTION WORKS, d/b/a BMG RUBY SONGS, d/b/a BMG SAPPHIRE SONGS, d/b/a BMG SILVER SONGS, d/b/a BMG STERLING, d/b/a BMG TAMBORA, d/b/a BMG TITANIUM SONGS, d/b/a MUSIC OF WINDSWEPT, d/b/a SONGS OF WINDSWEPT PACIFIC, and d/b/a WINDSWEPT PACIFIC SONGS,<br><br>                    Plaintiff, | Case No. 3:26-cv-02334-AGT<br><br>**BMG RIGHTS MANAGEMENT (US) LLC'S NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**<br><br>Action Filed: March 17, 2026 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

v.

ANTHROPIC PBC,

        Defendant.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

BMG RIGHTS MANAGEMENT (US) LLC'S NOTICE OF FILING ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED; CASE NO. 3:26-CV-02334-AGT

Please take notice that on April 6, 2026, Plaintiff BMG Rights Management (US) LLC, d/b/a BMG Apollo, d/b/a BMG Bespoke Songs, d/b/a BMG Bespoke US, d/b/a BMG Bespoke Works, d/b/a BMG Blue, d/b/a BMG Bumblebee, d/b/a BMG Cicada, d/b/a BMG Diamond Songs, d/b/a BMG Firefly, d/b/a BMG Gemini, d/b/a BMG Gold Songs, d/b/a BMG Mercury, d/b/a BMG Monarch, d/b/a BMG Onyx Songs, d/b/a BMG Platinum Songs US, d/b/a BMG Production Music US, d/b/a BMG Production Songs, d/b/a BMG Production Works, d/b/a BMG Ruby Songs, d/b/a BMG Sapphire Songs, d/b/a BMG Silver Songs, d/b/a BMG Sterling, d/b/a BMG Tambora, d/b/a BMG Titanium Songs, d/b/a Music Of Windswept, d/b/a Songs Of Windswept Pacific, and d/b/a Windswept Pacific Songs (individually and collectively, "BMG"), filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 And 7-11 ("Administrative Motion") in *Concord Music Group Inc. v. Anthropic PBC*, Case No. 5:24-cv-03811-EKL ("*Concord I*"), so that the Court could consider relating the above-captioned action to *Concord I* and *Concord Music Group Inc. v. Anthropic PBC*, Case No. 5:26-cv-00880-EKL ("*Concord II*"). Attached hereto are the following exhibits:

- **Exhibit A** is a copy of the Administrative Motion.
- **Exhibit B** is a copy of the [Proposed] Order regarding the Administrative Motion.
- **Exhibit C** is a copy of the Declaration of Robert A. Jacobs in support of the Administrative Motion.

Dated: April 6, 2026   MANATT, PHELPS & PHILLIPS, LLP


By: */s/ Robert A. Jacobs*
  Robert A. Jacobs
  Nathaniel L. Bach
  Prana A. Topper
  Evan D. Cooper

  *Attorneys for Plaintiff*
  BMG RIGHTS MANAGEMENT (US) LLC

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

BMG RIGHTS MANAGEMENT (US) LLC'S NOTICE OF FILING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; CASE NO. 3:26-CV-02334-AGT