SONAL N. MEHTA (SBN 222086)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorney for Defendant Anthropic PBC*
[Additional Counsel on signature page]

ROBERT A. JACOBS (SBN 160350)
**MANATT, PHELPS & PHILLIPS, LLP**
rjacobs@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

*Attorneys for Plaintiff BMG Rights
Management (US) LLC*
[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

BMG RIGHTS MANAGEMENT (US) LLC,

                    Plaintiff,

        vs.

ANTHROPIC PBC,

                    Defendant.

Case No. 3:26-cv-02334

**JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING
SCHEDULE FOR RESPONSE TO
COMPLAINT AND BRIEFING
SCHEDULE**

**CIV. L. R. 6-1, 6-2, 7-12**

Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiff BMG Rights Management (US) LLC d/b/a BMG Apollo, d/b/a BMG Bespoke Songs, d/b/a BMG Bespoke US, d/b/a BMG Bespoke Works, d/b/a BMG Blue, d/b/a BMG Bumblebee, d/b/a BMG Cicada, d/b/a BMG Diamond Songs, d/b/a BMG Firefly, d/b/a BMG Gemini, d/b/a BMG Gold Songs, d/b/a BMG Mercury, d/b/a BMG Monarch, d/b/a BMG Onyx Songs, d/b/a BMG Platinum Songs US, d/b/a BMG Production Music US, d/b/a BMG Production Songs, d/b/a BMG Production Works, d/b/a BMG Ruby Songs, d/b/a BMG Sapphire Songs, d/b/a BMG Silver Songs, d/b/a BMG Sterling, d/b/a BMG Tambora, d/b/a BMG Titanium Songs, d/b/a Music Of Windswept, d/b/a Songs Of Windswept Pacific, and d/b/a Windswept Pacific Songs (individually and collectively, "BMG") and Defendant Anthropic PBC ("Anthropic") (together, the "Parties"), by and through their respective counsel of record, hereby stipulate and request that the Court order, as follows:

WHEREAS, to allow for thorough briefing and to ensure that the Parties can adequately address the legal arguments that will arise, the Parties agree, subject to the Court's approval, to extend the date by which Anthropic must file its initial response to the Complaint, and set a briefing schedule, in the event Anthropic elects to file a responsive motion pursuant to Federal Rule of Civil Procedure 12 ("Rule 12 Motion");

WHEREAS, BMG and Anthropic agree that neither party shall use this Joint Stipulation or the other party's willingness to accommodate this initial scheduling-related adjustment, including based on professional courtesy at the start of this litigation, as a ground to pursue or oppose any relief in connection with this action;

WHEREAS, BMG and Anthropic agree that this Joint Stipulation is without waiver of any and all other rights, objections, arguments, defenses and/or claims that they may assert in connection with this action;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, and propose under Civil Local Rule 6-1(b) that the Court set a deadline for Anthropic's initial response to the Complaint and a modified briefing schedule for any Rule 12 Motion, as follows:

1.      Anthropic may file its initial response to the Complaint 60 days from the date of service of the Complaint, or no later than May 19, 2026;

2.      If Anthropic files a Rule 12 Motion, BMG may file its opposition thereto not later than 37 days from the date of filing of the Rule 12 Motion, or June 25, 2026; and

3.      Anthropic may file its reply to BMG's opposition not later than 21 days from the date of the opposition's filing, or July 16, 2026.

4.      The parties will mutually agree on a hearing date for any motion in response to the Complaint pursuant to the Court's practice, and availability.

**SUBJECT TO THE COURT'S APPROVAL, IT IS SO STIPULATED.**

Date: April 7, 2026

By:   _/s/ Robert A. Jacobs_

**MANATT, PHELPS & PHILLIPS, LLP**
ROBERT A. JACOBS (SBN 160350)
rjacobs@manatt.com
NATHANIEL L. BACH (SBN 246518)
nbach@manatt.com
EVAN D. COOPER (*pro hac vice*)
ecooper@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

PRANA A. TOPPER (*pro hac vice*)
ptopper@manatt.com
7 Times Square, 23rd Floor
New York, NY 10036
Telephone: 212.790.4500
Facsimile: 212.790.4545

*Attorneys for Plaintiff*
**BMG RIGHTS MANAGEMENT (US) LLC**

Respectfully submitted,

By:   _/s/ Sonal N. Mehta_

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (*pro hac vice pending*)
louis.tompros@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice pending*)
robin.burrell@wilmerhale.com
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

JARED V. GRUBOW (p*ro hac vice pending)*
jared.grubow@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendant*
**ANTHROPIC PBC**

**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document was obtained from the document's signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2026                                                     /s/ *Sonal N. Mehta*
                                                                                      *Sonal N. Mehta*

## [PROPOSED] ORDER

Good cause appearing therefore, the Court ORDERS as follows:

1.      Anthropic may file its initial response to the Complaint 60 days from the date of service of the Complaint, or no later than May 19, 2026;

2.      If Anthropic files a Rule 12 Motion, BMG may file its opposition thereto not later than 37 days from the date of filing the Rule 12 Motion, or June 25, 2026; and

3.      Anthropic may file its reply to BMG's opposition not later than 21 days from the date of the opposition's filing, or July 16, 2026.

**IT IS SO ORDERED.**

DATED:

_____
                              UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER          - 5 -          Case No. 3:26-cv-02334
FOR BRIEFING SCHEDULE