**MANATT, PHELPS & PHILLIPS, LLP**
ROBERT A. JACOBS (SBN 160350)
*rjacobs@manatt.com*
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

*Attorneys for Plaintiff*
[Additional Counsel on signature page]

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
*sonal.mehta@wilmerhale.com*
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorneys for Defendant*
[Additional Counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

BMG RIGHTS MANAGEMENT (US) LLC,

Plaintiff,

vs.

ANTHROPIC PBC,

Defendant.

Case No. 5:26-cv-02334-EKL

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND RESPONSE**

**CIV. L. R. 6-1, 6-2, 7-12**

Judge Eumi K. Lee
Magistrate Judge Susan van Keulen

Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiff BMG Rights Management (US) LLC d/b/a BMG Apollo, d/b/a BMG Bespoke Songs, d/b/a BMG Bespoke US, d/b/a BMG Bespoke Works, d/b/a BMG Blue, d/b/a BMG Bumblebee, d/b/a BMG Cicada, d/b/a BMG Diamond Songs, d/b/a BMG Firefly, d/b/a BMG Gemini, d/b/a BMG Gold Songs, d/b/a BMG Mercury, d/b/a BMG Monarch, d/b/a BMG Onyx Songs, d/b/a BMG Platinum Songs US, d/b/a BMG Production Music US, d/b/a BMG Production Songs, d/b/a BMG Production Works, d/b/a BMG Ruby Songs, d/b/a BMG Sapphire Songs, d/b/a BMG Silver Songs, d/b/a BMG Sterling, d/b/a BMG Tambora, d/b/a BMG Titanium Songs, d/b/a Music Of Windswept, d/b/a Songs Of Windswept Pacific, and d/b/a Windswept Pacific Songs (individually and collectively, "BMG") and Defendant Anthropic PBC ("Anthropic") (together, the "Parties"), by and through their respective counsel of record, hereby state as follows:

WHEREAS, BMG filed its Complaint on March 17, 2026, and served it on March 20, 2026, making Anthropic's deadline to respond to the Complaint April 10, 2026;

WHEREAS, on April 7, 2026, the Parties filed a Joint Stipulation and [Proposed] Order Regarding Schedule for Response to Complaint and Briefing Schedule (Dkt. 22) (the "First Joint Stipulation");

WHEREAS, on April 15, 2026, the Court granted the First Joint Stipulation, making the new deadline to respond to the Complaint May 19, 2026, and setting a briefing schedule on any motion to dismiss Anthropic might file;

WHEREAS, on April 24, 2026, the Court issued an Order Regarding Temporary Stay of Related Actions (the "Order"), which reset the deadlines in this case, including providing Anthropic up to and including August 17, 2026, to file its response to the Complaint, and setting a briefing schedule on any motion to dismiss;

WHEREAS, on May 29, 2026, Anthropic sent a letter to BMG regarding the Complaint and Anthropic's intended motion to dismiss. BMG informed Anthropic that it disagrees that its Complaint is deficient in any way, but it is possible that amendment could moot Anthropic's

concerns and obviate the need for motion practice, which would be more efficient for the parties and the Court;

WHEREAS, having conferred, the Parties have agreed, subject to the Court's approval, that BMG shall have until September 10, 2026, to file its Amended Complaint;

WHEREAS, the Parties have similarly conferred and agreed, subject to the Court's approval, on a schedule for Anthropic's response to BMG's Amended Complaint, including deadlines for any motion to dismiss that Anthropic may choose to file; and

WHEREAS, no trial date or full case schedule has yet been set, the requested schedule set forth in this second joint stipulation would only affect the case deadlines set forth in the Order and does not amend the Joint Status Report the Parties, together with the parties to the related action *Concord Music Group, Inc., et al. v. Anthropic PBC, et al.*, 5:26-cv-00880-EKL, submitted on May 22, 2026 (Dkt. 94), and the Parties remain scheduled to appear before the Court for a Case Management Conference on September 2, 2026.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, and propose under Civil Local Rule 6-1(b) that the Court adopt the following schedule:

1. BMG shall have up to and including September 10, 2026 to file its amended complaint;

2. Anthropic shall have up to and including October 13, 2026 to file its response to the amended complaint;

3. If Anthropic files a Rule 12 motion in response to the amended complaint, BMG may file an opposition thereto on or before November 12, 2026; and

4. Anthropic may file its reply brief on or before December 3, 2026.

5. The parties will reserve a hearing date for any motion pursuant to Section VIII

of the Standing Order for Civil Cases Before Judge Eumi K. Lee.

**SUBJECT TO THE COURT'S APPROVAL, IT IS SO STIPULATED.**

Date: July 31, 2026

By: */s/ Nathaniel L. Bach*

**MANATT, PHELPS & PHILLIPS, LLP**
ROBERT A. JACOBS (SBN 160350)
*rjacobs@manatt.com*
NATHANIEL L. BACH (SBN 246518)
*nbach@manatt.com*
EVAN D. COOPER (*pro hac vice*)
*ecooper@manatt.com*
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

PRANA A. TOPPER (*pro hac vice*)
*ptopper@manatt.com*
7 Times Square, 23rd Floor
New York, NY 10036
Telephone: 212.790.4500
Facsimile: 212.790.4545

*Attorneys for Plaintiff*
**BMG RIGHTS MANAGEMENT (US) LLC**

Respectfully submitted,

By: */s/ Sonal N. Mehta*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
*sonal.mehta@wilmerhale.com*
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (*pro hac vice*)
*Louis.Tompros@wilmerhale.com*
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

ARI HOLTZBLATT (SBN 354361)
*ari.holtzblatt@wilmerhale.com*
ROBIN C. BURRELL (*pro hac vice*)
*robin.burrell@wilmerhale.com*
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant*
**ANTHROPIC PBC**

**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document was obtained from the document's signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2026

/s/ *Nathaniel L. Bach*
Nathaniel L. Bach

**~~[PROPOSED]~~ ORDER**

Good cause appearing therefore, the Court ORDERS as follows:

1. BMG shall have up to and including September 10, 2026 to file its amended complaint;

2. Anthropic shall have up to and including October 13, 2026 to file its response to the amended complaint;

3. If Anthropic files a Rule 12 motion in response to the amended complaint, BMG may file an opposition thereto on or before November 12, 2026; and

4. Anthropic may file its reply brief on or before December 3, 2026.

**IT IS SO ORDERED.**

DATED: Aug. 4, 2026

THE HONORABLE JUDGE EUMI K. LEE
UNITED STATES DISTRICT JUDGE