# Exhibit B

| No. | Title | Copyright Number(s) |
|---|---|---|
| 1 | (NEW WAVE) POLLY | PA0000541278 |
| 2 | A MAN AND THE BLUES | PA0000826504 |
| 3 | ABOUT A GIRL | PA0000760293 |
| 4 | ADDICTED TO THAT RUSH | PA0000440431 |
| 5 | AFTER THE BALL | RE0000914365 |
| 6 | ALL APOLOGIES | PA0000717967 |
| 7 | AMERICAN MUSIC | PA0000067838 |
| 8 | AQUALUNG | RE0000810409 |
| 9 | ARE YOU GONNA GO MY WAY | PAU001721676; PA0000608665 |
| 10 | AW SHUCKS, HUSH YOUR MOUTH | RE0000568004 |
| 11 | BABY HOW LONG | RE0000366774 |
| 12 | BABY, WHAT YOU WANT ME TO DO | PA0002214511 |
| 13 | BACK DOOR MAN | RE0000450159 |
| 14 | BAD BOY | RE0000175393 |
| 15 | BAD LUCK AND TROUBLE | RE0000627448 |
| 16 | BEAUTY AND A BEAT | PA0001850375; PA0002560262; PA0001822165 |
| 17 | BIG BOSS MAN | RE0000441022; RE0000414345; RE0000379700; RE0000370609; RE0000370671 |
| 18 | BIG LEG WOMAN | RE0000568485 |
| 19 | BIG RIVER | RE0000281714 |
| 20 | BIG TEN INCH RECORD | RE0000895906 |
| 21 | BIG TOWN PLAYBOY | RE0000213174 |
| 22 | BLACK SNAKE MOAN | PA0001167374 |
| 23 | BLEW | PA0000822690 |
| 24 | BLISTERED | RE0000529618 |
| 25 | BLUE LIGHT | RE0000568054 |
| 26 | BLUES LEAVE ME ALONE | RE0000778756 |
| 27 | BLUES WITH A FEELING | RE0000537791 |
| 28 | BOOM BOOM | PA0000594907; RE0000472043 |
| 29 | BOOM BOOM (OUT GO THE LIGHTS) | EU0000491256; PA0000044508 |
| 30 | BOTTLE UP AND GO | RE0000804030 |
| 31 | BOUND 2 | PA0001890239; PA0001921191; PA0002269964 |
| 32 | BREED | PA0000541274 |
| 33 | BRIGHT LIGHTS, BIG CITY | RE0000416797 |
| 34 | BRING IT ON HOME | RE0000618809 |
| 35 | BUILT FOR COMFORT | PAU001661806 |
| 36 | CAN'T HOLD OUT MUCH LONGER | RE0000778999 |
| 37 | CAROLINA | PA0002085453; PA0002079416 |
| 38 | CENTURIES | PA0001961647 |
| 39 | CHERRY PIE | PA0000510151 |

| No. | Title | Copyright Number(s) |
|---|---|---|
| 40 | CHICAGO SMOKESHOP | PA0000260032 |
| 41 | CLOSE TO YOU (I WANNA GET) AKA CLOSE TO YOU | RE0000280064 |
| 42 | COLD SHOT | PAU000611847 |
| 43 | COME AS YOU ARE | PA0000541270 |
| 44 | COME IN, STRANGER | RE0000196101 |
| 45 | CROSSFIRE | PAU001242798 |
| 46 | CRY, CRY, CRY | RE0000196271 |
| 47 | DAMN RIGHT, I'VE GOT THE BLUES | PA0000815103 |
| 48 | DAY OF THE EAGLE | RE0000873265 |
| 49 | DECORATION DAY | RE0000534400 |
| 50 | DIG IT | RE0000770934 |
| 51 | DIMPLES | PA0000837520; RE0000214704 |
| 52 | DON'T GO NO FURTHER (YOU NEED MEAT) | RE0000196821 |
| 53 | DON'T THROW YOUR LOVE ON ME SO STRONG | RE0000434377 |
| 54 | DON'T WANNA KNOW | PA0002074281 |
| 55 | DOWN BOYS | PA0000453884 |
| 56 | DR. FEELGOOD | PA0000440229 |
| 57 | DRAIN YOU | PA0000541275 |
| 58 | DREAM ON | EU0000381003; RE0000844286 |
| 59 | DUMB | PA0000717961; |
| 60 | DUST MY BROOM | RE0000837953 |
| 61 | EASY BABY | RE0000618814 |
| 62 | EVER SINCE NEW YORK | PA0002085466; PA0002079426 |
| 63 | EVERY NIGHT ABOUT THIS TIME | PA0000718417 |
| 64 | EVERYDAY I HAVE THE BLUES | RE0000050631 |
| 65 | EVIL (IS GOING ON) | RE0000397639 |
| 66 | EYESIGHT TO THE BLIND | RE0000027055 |
| 67 | FATTENING FROGS FOR SNAKES | RE0000571869 |
| 68 | FELIZ NAVIDAD | RE0000780437 |
| 69 | FINESSE | PA0002054527 |
| 70 | FIRE AND ICE | PA0000108954 |
| 71 | FLESH AND BLOOD | RE0000748318 |
| 72 | FLOYD THE BARBER | PA0000741078 |
| 73 | FLY AWAY | PA0000900445 |
| 74 | FOLSOM PRISON BLUES | RE0000196295 |
| 75 | FOREVER YOUNG | PA0001225214; PA0000275024; PA0000049298; EP0000322186; EP0000322185; EU0000454119; EU0000423094; PA0000376301; PA0000399931; PA0000445252; PA0000377729 |

| No. | Title | Copyright Number(s) |
|---|---|---|
| 76 | FRANCES FARMER WILL HAVE HER REVENGE ON SEATTLE | PA0000717960 |
| 77 | FROM THE DINING TABLE | PA0002085471; PA0002079432 |
| 78 | GET RHYTHM | RE0000196283 |
| 79 | GIVE MY LOVE TO ROSE | RE0000235819 |
| 80 | GOIN' AWAY BABY | RE0000778755 |
| 81 | GOT TO MOVE | RE0000722381 |
| 82 | GRANDMA GOT RUN OVER BY A REINDEER | PAU003022679 |
| 83 | GRENADE | PA0002182938; PA0001733322; PA0001747016 |
| 84 | GROANING THE BLUES | RE0000667489 |
| 85 | HAVE I TOLD YOU LATELY? A/K/A HAVE I TOLD YOU LATELY THAT I LOVE YOU? | PA0000426630 |
| 86 | HAVE YOU EVER LOVED A WOMAN | RE0000369660 |
| 87 | HEART SHAPED BOX | PA0000717958 |
| 88 | HEAT OF THE MOMENT | PA0000140917; PA0000220244; PA0000145807 |
| 89 | HEAVEN | PA0002168434 |
| 90 | HELP ME | PA0002321984 |
| 91 | HEY BO DIDDLEY | PAU002071305 |
| 92 | HEY JOE | EU0000702387 |
| 93 | HEY, PORTER | PA0000246000 |
| 94 | HIDDEN CHARMS | PA0000448948 |
| 95 | HIDE AWAY A/K/A HIDE AWAY 1962 | EP0000148576; RE0000435099 |
| 96 | HIT THE ROAD AND GO | RE0000914366 |
| 97 | HOLDING BACK THE YEARS | PA0000289379 |
| 98 | HOME OF THE BLUES | RE0000235820 |
| 99 | HONEST I DO | RE0000239739 |
| 100 | HONKY TONK WOMEN | EU0000125715 |
| 101 | HOTEL CALIFORNIA | PA0000003474; PA0000003902; PA0000012790; PA0000045166; PA0000137957; RE0000897334 |
| 102 | HOW MANY MORE YEARS | RE0000015593 |
| 103 | HUSH HUSH | RE0000366660 |
| 104 | I AIN'T SUPERSTITIOUS | RE0000593307 |
| 105 | I CAN'T QUIT YOU BABY | EU0000862648; RE0000618812 |
| 106 | I GOT MY EYES ON YOU | RE0000399995 |
| 107 | I JUST WANT TO MAKE LOVE TO YOU | RE0000349792 |
| 108 | I LIKE IT LIKE THAT | RE0000438425 |
| 109 | I WALK THE LINE | RE0000196286 |
| 110 | I WILL ROCK AND ROLL WITH YOU | PA0000014905 |

| No. | Title | Copyright Number(s) |
|---|---|---|
| 111 | I WISH YOU WOULD | RE0000162481 |
| 112 | ICE CREAM MAN | RE0000718770; PA0000008555 |
| 113 | I'D RATHER GO BLIND | RE0000689480 |
| 114 | I'M A MAN | RE0000086188 |
| 115 | I'M GONNA SIT ON MY PORCH AND PICK MY OLD GUITAR | PA0000031820 |
| 116 | I'M LEAVIN' NOW | PA0001027965 |
| 117 | I'M LOOKIN' FOR SOMEONE TO LOVE | RE0000251156 |
| 118 | I'M READY | RE0000122979 |
| 119 | I'M SHIPPING UP TO BOSTON | PA0002392150 |
| 120 | I'M TORE DOWN | RE0000451910 |
| 121 | I'M YOUR HOOCHIE COOCHIE MAN | EU0000463246; RE0000279269 |
| 122 | IN BLOOM | PA0000541279 |
| 123 | IT HURTS ME TOO | RE0000241939 |
| 124 | IT SERVES ME RIGHT TO SUFFER | RE0000572326 |
| 125 | JUKE | RE0000050630 |
| 126 | JUMPIN' JACK FLASH | EU0000053487 |
| 127 | JUST A FEELING | RE0000214703 |
| 128 | KATY TOO | RE0000350116 |
| 129 | KEEP IT TO YOURSELF | RE0000205232 |
| 130 | KICK START MY HEART | PA0000440232 |
| 131 | KILLING FLOOR | EU0000870065 |
| 132 | KING OF THE BLUES | PA0000489534 |
| 133 | KIWI | PA0002085476; PA0002079425 |
| 134 | LA GRANGE | RE0000834512 |
| 135 | LEADER OF THE PACK | EU848202; RE0000607399 |
| 136 | LEARN TO FLY | PA0001693305 |
| 137 | LEAVE MY GIRL ALONE | RE0000755841 |
| 138 | LET ME LOVE YOU BABY | RE0000448289 |
| 139 | LET'S HAVE A NATURAL BALL | PA0000752121 |
| 140 | LIKE I'M GONNA LOSE YOU | PA0001976937; PA0001977063; PA0002494694; PA0002513830 |
| 141 | LITHIUM | PA0000541277 |
| 142 | LITTLE RED ROOSTER | EP0000182108; RE0000448297 |
| 143 | LONESOME WHISTLE BLUES | EP0000150462; EP0000150462; RE0000435111 |
| 144 | LOOK AT LITTLE SISTER | EP0000135586; RE0000320322; EP0000135586; RE0000365395 |
| 145 | LOOKING GOOD | PA0000805026 |
| 146 | LOUISE | EU0000870064 |
| 147 | LOUNGE ACT | PA0000541272 |
| 148 | LOVE ROLLERCOASTER | EU0000603881 |

| No. | Title | Copyright Number(s) |
|---|---|---|
| 149 | LUTHER'S BOOGIE (LUTHER PLAYED THE BOOGIE) | RE0000319936 |
| 150 | MACK THE KNIFE | EP0000094648; RE0000165201; EP0000173877; EP0000094648; EP0000172613; EP0000184283; PA0000045164; RE0000157959; RE0000519918; RE0000519929; PA0000718090; PA0000718058 |
| 151 | MAGGIE MAE | EU192932; RE0000771141 |
| 152 | MAMA KIN | EU0000380998; EP0000380217 |
| 153 | MAMA TALK TO YOUR DAUGHTER | RE0000162480 |
| 154 | MAMA, I'M COMING HOME | PA0000541382 |
| 155 | MANNISH BOY | PA0000106901 |
| 156 | MARY HAD A LITTLE LAMB | PA0000406148 |
| 157 | MEANT TO BE | PA0002105522; PA0002088824; PA0002396176; PAU003910254 |
| 158 | MEET ME IN THE HALLWAY | PA0002085478; PA0002079429 |
| 159 | MERRY, MERRY CHRISTMAS BABY | PA0000394230 |
| 160 | MILK IT | PA0000717963 |
| 161 | MILLION REASONS | PA0002119030; PA0002081449 |
| 162 | MOANIN' AT MIDNIGHT | RE0000015592 |
| 163 | MONKEY WRENCH | PA0000875689; PAu002179023 |
| 164 | MR. MOUSTACHE | PA0000913983 |
| 165 | MY BABE | RE0000170110 |
| 166 | MY BLACK MAMA | PA0001757141 |
| 167 | NEVER LET YOU GO | PA0000986878; PA0001040116 |
| 168 | NEW RULES | PA0002091839 |
| 169 | NINE BELOW ZERO | RE0000689454 |
| 170 | NO EXPECTATIONS | RE0000722021 |
| 171 | NO MORE TEARS | PA0000541386 |
| 172 | NOBODY TO LOVE | PA0001926078 |
| 173 | OH ME | SR0000105901; SR0000200764 |
| 174 | ON A PLAIN | PA0000541281 |
| 175 | ONE BOURBON, ONE SCOTCH, ONE BEER | RE0000689255 |
| 176 | ONE CALL AWAY | PA0002016563; PA0002017491; PA0002012398 |
| 177 | ONLY ANGEL | PA0002079424; PA0002085480 |
| 178 | OWNER OF A LONELY HEART | PA0000197315 |
| 179 | PARTY DOLL | RE0000201512 |
| 180 | PEGGY SUE | EU0000494979; EP0000114124; RE0000340877; RE0000340903 |
| 181 | PENNYROYAL TEA | PA0000717964 |
| 182 | PHONE BOOTH | PAU000542441 |

| No. | Title | Copyright Number(s) |
|---|---|---|
| 183 | PHOTOGRAPH | PA0000170742 |
| 184 | PLATEAU | SR0000105901; SR0000200764 |
| 185 | PLAY WITH FIRE | PAU001489708; EU0000874314 |
| 186 | PLEASE COME HOME FOR CHRISTMAS | RE0000375302 |
| 187 | RADIO FRIENDLY UNIT SHIFTER | PA0000717965 |
| 188 | RAGGED OLD FLAG | RE0000868822 |
| 189 | RAIN ON ME | PA0002283423; PA0002282535; PA0002408351 |
| 190 | RAIN WHEN I DIE | PA0000597552 |
| 191 | RAPE ME | PA0000717959 |
| 192 | RECONSIDER BABY | RE0000162464 |
| 193 | RIGHT HERE WAITING | PAU001249489; PA0000566961 |
| 194 | RUDE | PA0001923767; PA0001925386; PA0001917236; PA0002049670 |
| 195 | SAN QUENTIN | RE0000748320 |
| 196 | SARTORIAL ELOQUENCE | PA0000077139; PA0000082062 |
| 197 | SAY IT ISN'T SO | PA0000191948 |
| 198 | SCENTLESS APPRENTICE | PA0000717957 |
| 199 | SCHOOL'S OUT | EU0000330784; EU0000337542; RE0000813920 |
| 200 | SEE RUBY FALL | RE0000748577 |
| 201 | SEMI-CHARMED LIFE | PA0000913999 |
| 202 | SERVE THE SERVANTS | PA0000717956 |
| 203 | SEVENTEEN | PA0000422628 |
| 204 | SHE’S A RAINBOW | EU0000031919 |
| 205 | SHY BOY | PAU000475120 |
| 206 | SIGN OF THE TIMES | PA0002085488; PA0002078279 |
| 207 | SITTING ON TOP OF THE WORLD | EU0000510000 |
| 208 | SLEEPWALK (INSTRUMENTAL VERSION) | RE0000333057 |
| 209 | SLOW DOWN | PAU001529304 |
| 210 | SLOW HANDS | PA0002085707; PA0002097359; PA0002208136; PA0002079599 |
| 211 | SMELLS LIKE TEEN SPIRIT | PA0000541511; PA0000541273 |
| 212 | SMOKESTACK LIGHTNING | RE0000567246 |
| 213 | SMOKING GUN | PA0000313014 |
| 214 | SO DOGGONE LONESOME | RE0000153379 |
| 215 | SO MANY ROADS, SO MANY TRAINS | RE0000384933 |
| 216 | SOMETHING IN THE WAY | PA0000541280 |
| 217 | SOMETHING INSIDE ME | RE0000705336 |
| 218 | SPOONFUL | RE0000397542 |
| 219 | STAIN | PA0000913982 |

| No. | Title | Copyright Number(s) |
|---|---|---|
| 220 | STANDING AT THE CROSSROADS | RE0000804374 |
| 221 | STAY AWAY | PA0000541271 |
| 222 | STEAL MY GIRL | PA0001947500; PA0001958984; PA0001934191 |
| 223 | STEREO HEARTS | PA0001779603; PA0001806415; PA0001753459 |
| 224 | STILL GOT THE BLUES | PA0000489533 |
| 225 | STONE CRAZY | RE0000779700 |
| 226 | STORY OF MY LIFE | PA0001913596; PA0001900050 |
| 227 | STREET FIGHTING MAN | EU0000070720 |
| 228 | SUFFRAGETTE CITY | EU0000339941; EU0000346994; RE0000819468; RE0000832862 |
| 229 | SUPERPOWER | PA0001918119 |
| 230 | SURFIN' U.S.A. | EU0000117156; EP0000177063; EP0000174168 |
| 231 | SUSIE-Q | RE0000239741 |
| 232 | SWEET EMOTION | EU0000569371; EP0000380207 |
| 233 | SYMPATHY FOR THE DEVIL | EU0000075421 |
| 234 | TAIL DRAGGER | RE0000582151 |
| 235 | TANQUERAY | PA0000553578 |
| 236 | TERRITORIAL PISSINGS | PA0000541276 |
| 237 | TEXAS STRUT | PA0000489535 |
| 238 | THANK YOU GIRL | RE0000521049 |
| 239 | THAT'LL BE THE DAY | EU0000474737; EP0000110700; PA0000003424; PA0001398079 |
| 240 | THE GOAT | RE0000384930 |
| 241 | THE HOUSE IS ROCKIN' | PA0000445769 |
| 242 | THE MAN WHO SOLD THE WORLD | EU0000229311; EU0000257812; EU0000359328 |
| 243 | THE MIDDLE | PA0002287048; PA0002123185 |
| 244 | THERE YOU GO | RE0000267195; RE0000207822; RE0000196025 |
| 245 | THREE HUNDRED POUNDS OF JOY | RE0000593297 |
| 246 | THUNDERBIRD | EU0000568386; EP0000342034; PA0000035736 |
| 247 | TOURETTE'S | PA0000717966 |
| 248 | TRAIN KEPT A-ROLLIN' | PA0000001476 |
| 249 | TRAIN OF LOVE | RE0000196102 |
| 250 | TUSH | PA0000035744; RE0000886650 |
| 251 | TWO GHOSTS | PA0002079418; PA0002211804; PA0002085492 |
| 252 | UNSEEN EYE | RE0000778976 |
| 253 | UPTOWN FUNK | PA0001938200; PA0001935371; PA0001974777 |

| No. | Title | Copyright Number(s) |
|---|---|---|
| 254 | USE SOMEBODY | PA0002186614 |
| 255 | VERY APE | PA0000717962 |
| 256 | WALK THIS WAY | EU0000569366; EP0000380213 |
| 257 | WALKING BY MYSELF | RE0000239697 |
| 258 | WANG DANG DOODLE | RE0000493641 |
| 259 | WHAT IS TRUTH? | RE0000772552 |
| 260 | WHAT THE WORLD NEEDS NOW IS LOVE | EU0000872340; EP0000204882 |
| 261 | WHAT YOU'RE DOING | EU857252; RE0000594934 |
| 262 | WHEEL IN THE SKY | RE0000925587; PA0000059064 |
| 263 | WHEN I WAS YOUR MAN | PA0001834773; PA0001850617 |
| 264 | WHERE ARE YOU CHRISTMAS? | PA0001044661 |
| 265 | WHOLE LOTTA LOVE | EP267876; RE0000767436 |
| 266 | WHO'S BEEN TALKING | PA0002327406 |
| 267 | WOODEN HEART | EP147359; RE0000368970 |
| 268 | WORDS OF LOVE | RE0000251157 |
| 269 | YOU CAN'T ALWAYS GET WHAT YOU WANT | EU0000099333 |
| 270 | YOU CAN'T JUDGE A BOOK BY THE COVER | RE0000493642 |
| 271 | YOU DON'T HAVE TO GO | RE0000115400 |
| 272 | YOU SHOOK ME | EU0000729248; EP0000256805; RE0000493643 |
| 273 | YOUR FUNERAL AND MY TRIAL | RE0000282309 |
| 274 | YOU'VE GOT TO LOVE HER WITH A FEELING | RE0000369659 |