SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorney for Defendant Anthropic*

GRACE YANG (SBN 286635)
gyang@conmetkane.com
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Fax: (415) 343-7101

*Attorney for Defendants Dario Amodei and Benjamin Mann*

[Additional Counsel on signature page]

MATTHEW J. OPPENHEIM (*pro hac vice*)
matt@oandzlaw.com
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999

*Attorney for Concord II Plaintiffs*

ROBERT A. JACOBS (SBN 160350)
rjacobs@manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

*Attorney for Plaintiff BMG Rights Management (US) LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CONCORD MUSIC GROUP, INC., ET AL.,

Plaintiffs,

v.

ANTHROPIC PBC, DARIO AMODEI, and BENJAMIN MANN

Defendants.

Case Number: 5:26-cv-00880-EKL-SVK

**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' PROPOSED COORDINATION AND CASE MANAGEMENT ORDER**

Judge Eumi K. Lee
Magistrate Judge Susan van Keulen

BMG RIGHTS MANAGEMENT (US) LLC,

Plaintiff,

v.

ANTHROPIC PBC,

Defendant.

Case Number: 5:26-cv-02334-EKL-SVK

**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' PROPOSED COORDINATION AND CASE MANAGEMENT ORDER**

Judge Eumi K. Lee
Magistrate Judge Susan van Keulen

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12 and the Court's September 3, 2026 order in *Concord Music Group, Inc., et al. v. Anthropic PBC, et al.*, Case No. 5:26-cv-00880-EKL-SVK ("*Concord II*"), and *BMG Rights Management (US) LLC v. Anthropic PBC*, Case No. 5:26-cv-02334-EKL-SVK ("*BMG*"), Plaintiffs Concord Music Group, Inc. et al. ("Concord II Plaintiffs") and BMG Rights Management (US) LLC (together with Concord II Plaintiffs, the "Plaintiffs") and Defendants Anthropic PBC, Dario Amodei, and Benjamin Mann ("Defendants," and together with Plaintiffs, the "Parties") by and through their respective counsel of record, hereby stipulate and request that the Court order as follows:

WHEREAS, on April 24, 2026, the Court ordered the Parties to submit a stipulation or joint status report with proposed case management plans by May 22, 2026. (*Concord II* Dkt. No. 88, *BMG* Dkt. No. 29)

WHEREAS, on May 22, 2026, the Parties submitted a Joint Status Report addressing, among other issues, coordination between the cases. (*Concord II* Dkt. No. 94)

WHEREAS, on July 20, 2026, the Court set a Case Management Conference for September 2, 2026. (*Concord II* Dkt. No. 101, *BMG* Dkt. No. 30)

WHEREAS, on September 2, 2026, the Court held the Case Management Conference and adopted its tentative ruling regarding phased discovery and ordered the Parties to meet and confer and file a proposed coordination and case management order by September 23, 2026. The Court also directed the Parties to file issue statements regarding "discovery relating to book scanning." (*Concord II* Dkt. No. 117, *BMG* Dkt. No. 41)

WHEREAS, on September 16, 2026, Plaintiffs provided a draft of the coordination and case management order.

WHEREAS, the Parties have agreed that, given the number of parties involved, the number of issues raised by the case management statement, and the upcoming religious holidays, additional time would be beneficial to facilitate productive discussion and narrowing of any disputed issues.

WHEREAS, the Parties have agreed that a 7-day extension, up to and including September 30, 2026, would assist the Parties in negotiating and finalizing the coordination and case management order.

WHEREAS, the requested extension will not affect any of the other deadlines currently set in the case.

WHEREAS, subject to the Court's approval, the parties jointly request that the deadline for the Parties to file the proposed coordination and case management order be September 30, 2026.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, and propose under Civil Local Rule 6-1(b) and 6-2 that the Court set the deadline for the Parties to meet and confer and file a proposed coordination and case management order to September 30, 2026.

**SUBJECT TO THE COURT'S APPROVAL, IT IS SO STIPULATED.**

Date: September 18, 2026

By: *_/s/ Corey Miller_*

**OPPENHEIM + ZEBRAK, LLP**
MATTHEW J. OPPENHEIM
matt@oandzlaw.com
NICHOLAS C. HAILEY
nick@oandzlaw.com
COREY MILLER
corey@oandzlaw.com
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999

JENNIFER PARISER
jpariser@oandzlaw.com
ANDREW GUERRA
andrew@oandzlaw.com
BRET MATERA
bmatera@oandzlaw.com
TIMOTHY CHUNG
tchung@oandzlaw.com

Respectfully submitted,

By: *_/s/ Sonal N. Mehta_*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (*pro hac vice*)
louis.tompros@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
2100 Pennsylvania Ave, NW

MICHELLE GOMEZ-REICHMAN
mgomez-reichman@oandzlaw.com
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156

**COBLENTZ PATCH DUFFY & BASS LLP**
JEFFREY G. KNOWLES (SBN 129754)
ef-jgk@cpdb.com
THOMAS A. HARVEY (SBN 235342)
ef-tah@cpdb.com
BINA G. PATEL (SBN 315352)
ef-bgp@cpdb.com
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 772-5795

**COWAN, LIEBOWITZ & LATMAN, P.C.**
RICHARD S. MANDEL
rsm@cll.com
JONATHAN Z. KING
jzk@cll.com
RICHARD DANNAY
rxd@cll.com
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200

*Attorneys for Concord II Plaintiffs*

Washington, DC 20037
Telephone: (202) 663-6000

ALEX W. MILLER (*pro hac vice*)
alex.miller@wilmerhale.com
JARED V. GRUBOW (*pro hac Vice*)
jared.grubow@wilmerhale.com
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendant Anthropic PBC*

By: *_/s/ Robert A. Jacobs____________*

**MANATT, PHELPS & PHILLIPS, LLP**
ROBERT A. JACOBS (SBN 160350)
rjacobs@manatt.com
NATHANIEL L. BACH (SBN 246518)
nbach@manatt.com
EVAN D. COOPER (*pro hac vice*)
ecooper@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

By: *_/s/ Grace Yang_________________*

**CONRAD | METLITZKY | KANE LLP**
GRACE YANG (SBN 286635)
gyang@conmetkane.com
MIRANDA KANE (SBN 150630)
mkane@conmetkane.com
HAYK ESAGHOULYAN (SBN 349050)
hesaghoulyan@conmetkane.com
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 343-7100
Fax: (415) 343-7101

*Attorneys for Defendants Dario Amodei and Benjamin Mann*

PRANA A. TOPPER (*pro hac vice*)
ptopper@manatt.com
7 Times Square, 23rd Floor
New York, NY 10036
Telephone: 212.790.4500
Facsimile: 212.790.4545

*Attorneys for Plaintiff BMG Rights Management (US) LLC*

**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document was obtained from the document's signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2026

*/s/ Sonal N. Mehta*
Sonal N. Mehta

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, the Court hereby orders the Parties to meet and confer and file a proposed coordination and case management order by September 30, 2026.

**IT IS SO ORDERED.**

DATED: ______________________________

THE HONORABLE JUDGE EUMI K. LEE
UNITED STATES DISTRICT JUDGE