SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (*pro hac vice*)
louis.tompros@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

ALEX W. MILLER (*pro hac vice*)
alex.miller@wilmerhale.com
JARED V. GRUBOW (*pro hac vice)*
jared.grubow@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant*
**ANTHROPIC PBC**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CONCORD MUSIC GROUP, INC., ET AL.,

Plaintiffs,

v.

ANTHROPIC PBC, DARIO AMODEI, and BENJAMIN MANN

Defendants.

Case Number: 5:26-cv-00880-EKL-SVK

**DECLARATION OF ROBIN C. BURRELL IN SUPPORT OF JOINT STIPULATION REGARDING PARTIES' PROPOSED COORDINATION AND CASE MANAGEMENT ORDER**

Judge Eumi K. Lee
Magistrate Judge Susan van Keulen

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case Number: 5:26-cv-02334-EKL-SVK<br><br>**DECLARATION OF ROBIN C. BURRELL IN SUPPORT OF JOINT STIPULATION REGARDING PARTIES' PROPOSED COORDINATION AND CASE MANAGEMENT ORDER**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

I, Robin C. Burrell, declare:

1. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Anthropic PBC in *Concord Music Group, Inc., et al. v. Anthropic PBC, et al.*, Case No. 5:26-cv-00880-EKL-SVK ("*Concord II*"), and *BMG Rights Management (US) LLC v. Anthropic PBC*, Case No. 5:26-cv-02334-EKL-SVK ("*BMG*"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of the Parties' Joint Stipulation Regarding Parties' Proposed Coordination and Case Management Order.

3. On April 24, 2026, the Court ordered parties in both cases ("the Parties") to submit a stipulation or joint status report with proposed case management plans by May 22, 2026. (*Concord II* Dkt. No. 88, *BMG* Dkt. No. 29)

4. On May 22, 2026, the Parties submitted a Joint Status Report addressing, among other issues, coordination between the cases. (*Concord II* Dkt. No. 94)

5. On July 20, 2026, the Court set a Case Management Conference for September 2, 2026. (*Concord II* Dkt. No. 101, *BMG* Dkt. No. 30)

6. On September 2, 2026, the Court held the Case Management Conference for *Concord II* and *BMG*, adopted its tentative ruling regarding phased discovery for both cases, and ordered the Parties to meet and confer and file a proposed coordination and case management order by September 23, 2026. The Court also directed the Parties to file issue statements regarding "discovery relating to book scanning." (*Concord II* Dkt. No. 117, *BMG* Dkt. No. 41)

7. On September 16, 2026, *Concord II* and *BMG* Plaintiffs provided a draft of the coordination and case management order.

8. Given the number of parties and the impact of upcoming religious holidays on counsel's availability, the Parties jointly propose a 7-day extension to the September 23 deadline, as outlined in the accompanying stipulation and proposed order. The Parties agree that additional time will allow for productive discussion and narrowing of disputes.

9. The requested extension will not impact any other deadlines currently set in the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of September, 2026, in New York, New York.

*<u>/s/ Robin C. Burrell</u>*
Robin C. Burrell

**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document was obtained from the document's signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2026

*/s/ Sonal N. Mehta*
Sonal N. Mehta