[Counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC, DARIO AMODEI, and BENJAMIN MANN,<br><br>Defendants. | Case Number: 5:26-cv-0880-EKL-SVK<br><br>**NOTICE OF FILING OF OBJECTION TO CASE MANAGEMENT STATEMENT FILED IN RELATED CASES**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |
| BMG RIGHTS MANAGEMENT (US) LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case Number: 5:26-cv-02334-EKL-SVK<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

On September 30, 2026, Defendant Anthropic PBC filed a Joint Case Management Statement in *Concord Music Group, Inc., et al. v. Anthropic PBC*, et al. Case No. 5:26-cv-0880-EKL-SVK (N.D. Cal.) and related case *BMG Rights Management (US) LLC v. Anthropic PBC*, Case No. 5:26-cv-02334-EKL-SVK. Dkt.133. Plaintiffs Round Hill Music LP; Round Hill Music Royalty Fund II, LP; Round Hill Music Royalty Fund III, LP; Round Hill Music Royalty Fund III Plus, LP; GFP Co-Invest, LP; and RH Carlin Holdings LLC (collectively "Round Hill") on October 16, 2026, responded regarding the filing of the Joint

Case Management Statement and filed an objection in *Round Hill v. Anthropic PBC*, Case No. 5:26-cv-08505-EKL pursuant to Local Rule 3-12(e). For the Court's convenience, Round Hill hereby attaches as Exhibit A Round Hill's Objection to Joint Case Management Statement Filed in Related Cases.

Dated: October 16, 2026

*/s/ Richard S. Busch*

**ADAMS & REESE, LLP**
Richard S. Busch (SBN 319881)
Mark L. Block (SBN 115457)
Andrew H. "Drew" Davis, admitted *pro hac vice*
David Niemierzycki, admitted *pro hac vice*
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1450
Fax: (615) 259-1470
richard.busch@arlaw.com
mark.block@arlaw.com
drew.davis@arlaw.com
david.niemierzycki@arlaw.com

**SKAGGS FAUCETTE LLP**
Jeffrey E. Faucette (SBN 193066)
Martin R. Glick (SBN 40187)
505 Montgomery Street, 11th Floor
San Francisco CA 94111
Tel: (415) 874-3181
Fax: (888) 980- 6547
jeff@skaggsfaucette.com
marty@skaggsfaucette.com

*Attorneys for Round Hill Music LP; Round Hill Music Royalty Fund II, LP; Round Hill Music Royalty Fund III, LP; Round Hill Music Royalty Fund III Plus, LP; GFP Co-Invest, LP; and RH Carlin Holdings LLC*

## FILER'S ATTESTATION

I, Richard S. Busch, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Richard S. Busch*

Dated: October 16, 2026