[Counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case Number: 5:26-cv-02334-EKL-SVK<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING DEADLINES FOR BRIEFING SCHEDULE FOR MOTION TO DISMISS** |
| SONY MUSIC PUBLISHING (US) LLC, WARNER CHAPPELL MUSIC, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC, DARIO AMODEI, and BENJAMIN MANN,<br><br>Defendants. | Case Number: 5:26-cv-09217-EKL<br><br>Judge Eumi K. Lee<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING DEADLINES FOR AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

Pursuant to Civ. L.R. 6-1, 6-2 and 7-12, the Parties in *BMG Rights Management (US) LLC v. Anthropic PBC*, Case No. 5:26-cv-02334-EKL-SVK ("*BMG*") and *Sony Music Publishing (US) LLC, Warner Chappell Music, Inc.*, *et al. v. Anthropic PBC et al.*, Case No. 5:26-cv-09217-EKL ("*SMP-WCM*"), by and through their respective counsel of record, hereby stipulate that the Court order as follows in the above-captioned cases ("Actions"):

WHEREAS, on March 17, 2026, Plaintiff BMG Rights Management (US) LLC ("BMG") filed its Complaint against Defendant Anthropic (*BMG*, ECF No. 1);

WHEREAS, on April 7, 2026, the Parties in *BMG* agreed to and the Court entered on April 15, 2026 a stipulated schedule setting briefing deadlines for Defendant Anthropic's anticipated motion to dismiss the Complaint (*BMG*, ECF No. 28);

WHEREAS, on April 24, 2026, the Court stayed all deadlines in *BMG* for 90 days (*BMG*, ECF No. 29);

WHEREAS, on July 31, 2026, the Parties in *BMG* agreed to and the Court entered on August 4, 2026 a stipulated schedule setting deadlines for Plaintiff BMG to amend its complaint and for the parties to brief Anthropic's motion to dismiss (*BMG*, ECF No. 32);

WHEREAS, under that stipulated schedule, Plaintiff BMG filed its First Amended Complaint on September 10, 2026 (*BMG*, ECF No. 44), *BMG* Defendant Anthropic filed a partial motion to dismiss on October 13, 2026 (*BMG*, ECF No. 63), Plaintiff BMG's opposition brief is currently due on November 12, 2026, and Defendant Anthropic's reply brief is currently due on December 3, 2026 (*BMG*, ECF No. 32);

WHEREAS, on September 18, 2026, the *BMG* Parties agreed to and the Court entered on September 21, 2026 a stipulated schedule extending the deadline for the *BMG* Parties to file a proposed coordination and case management order to September 30, 2026 (*BMG*, ECF No. 48);

WHEREAS, on August 28, 2026, the *SMP-WCM* Plaintiffs filed their Complaint against Defendants Anthropic, Benjamin Mann, and Dario Amodei (*SMP-WCM*, ECF No. 1);

WHEREAS, on September 18, 2026, *SMP-WCM* Defendants Dario Amodei and Benjamin Mann and *SMP-WCM* Plaintiffs agreed to and the Court entered on September 21, 2026 a

stipulated schedule extending Dr. Amodei and Mr. Mann's deadline to respond to the Complaint to October 27, 2026 (*SMP-WCM*, ECF No. 32);

WHEREAS, on October 26, 2026 the Parties in *SMP-WCM* agreed to and the Court entered on October 27, 2026 a stipulated schedule setting deadlines for the *SMP-WCM* Plaintiffs to amend their Complaint and for the parties to brief Defendants' motions to dismiss as needed (*SMP-WCM*, ECF No. 46);

WHEREAS, under that stipulated schedule, the *SMP-WCM* Plaintiffs' First Amended Complaint is currently due on November 17, 2026, the *SMP-WCM* Defendants' motions to dismiss are currently due on December 15, 2026, the *SMP-WCM* Plaintiffs' opposition brief is currently due on January 14, 2027, and the *SMP-WCM* Defendants' reply briefs are currently due on January 29, 2027 (*SMP-WCM*, ECF No. 46);

WHEREAS, a joint case management statement in *SMP-WCM* is due December 2, 2026, an initial case management conference is scheduled for December 16, 2026 (*SMP-WCM*, ECF No. 24), and Defendant Anthropic has confirmed with the Court that it will notice its anticipated motion to dismiss for a hearing on February 24, 2027 (*SMP-WCM*, ECF No. 46);

WHEREAS, on November 4, 2026, the Court heard oral argument with respect to partial motions to dismiss filed by Defendants Anthropic and Dario Amodei in the related case *Concord Music Group, Inc., et al. v. Anthropic PBC, et al.*, Case No. 5:26-cv-00880-EKL-SVK ("*Concord II*");

WHEREAS, in *Concord II*, the Court granted Defendant Dario Amodei's partial motion to dismiss with leave to amend and, with respect to Defendant Anthropic's partial motion to dismiss, ordered the *Concord II* parties to meet and confer on the need for additional briefing vs. amending the complaint and to file a joint status report (*Concord II*, ECF No. 137);

WHEREAS, the Parties in *BMG* and *SMP-WCM* agree that the Court's rulings and guidance with respect to the sufficiency of the *Concord II* amended complaint will directly impact the resolution of similar questions with respect to the *BMG* and *SMP-WCM* complaints, which assert a number of similar and overlapping claims as in *Concord II*;

WHEREAS, the Parties agree that extending the deadlines in *BMG* and *SMP-WCM* for amending the Complaints and briefing any subsequent motions to dismiss until after these issues are resolved in *Concord II* will promote efficiency, conserve the Court's and the Parties' resources, and avoid duplicative and/or potentially inconsistent briefing and rulings, without causing undue delay or prejudice to any Defendants, as no trial date or full case schedule has yet been set for either Action and no other scheduled deadlines would be affected if the Parties' stipulation is entered;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE and propose under Civil Local Rule 6-2 that the Court stay the current deadlines for: (1) briefing Defendant Anthropic's motion to dismiss in *BMG,* and (2) amending the Complaint and briefing Defendants' motion to dismiss (as necessary) in *SMP-WCM,* pending the filing of an amended complaint in the related case *Concord II* and the resolution of any motions to dismiss that may be filed as to that amended *Concord II* complaint. Upon resolution of the *Concord II* motions to dismiss, the Parties in *BMG* and *SMP-WCM* shall promptly meet and confer to propose amendment and briefing schedules in their respective actions, where applicable.

Date: November 11, 2026

By: */s/ Corey Miller*

**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Corey Miller
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
corey@oandzlaw.com

Bret Matera
Timothy Chung
Michelle Gomez-Reichman
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor

Respectfully submitted,

By: */s/ Sonal N. Mehta*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

SONAL N. MEHTA (SBN 222086)
Sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (*pro hac vice*)
Louis.Tompros@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

ROBIN C. BURRELL (*pro hac vice*)
Robin.burrell@wilmerhale.com

New York, NY 10017
Telephone: (212) 951-1156
bmatera@oandzlaw.com
tchung@oandzlaw.com
mgomez-reichman@oandzlaw.com

**MANATT, PHELPS & PHILLIPS, LLP**
ROBERT A. JACOBS (SBN 160350)
rjacobs@manatt.com
NATHANIEL L. BACH (SBN 246518)
nbach@manatt.com
EVAN D. COOPER (*pro hac vice*)
ecooper@manatt.com
SAVANNAH LEVIN (SBN 347929)
slevin@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

PRANA A. TOPPER (*pro hac vice*)
ptopper@manatt.com
7 Times Square, 23rd Floor
New York, NY 10036
Telephone: 212.790.4500
Facsimile: 212.790.4545

*Attorneys for Plaintiff BMG Rights Management (US) LLC*

**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Corey Miller
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
corey@oandzlaw.com

Jennifer Pariser
Carly K. Rothman
Bret Matera
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017

2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000
*Attorneys for Defendant Anthropic PBC*

JARED V. GRUBOW (*pro hac vice*)
Jared.Grubow@wilmerhale.com
ALEX W. MILLER (*pro hac vice*)
Alex.miller@wilmerhale.com
50 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendant Anthropic*

By: */s/ Grace Yang*
**CONRAD | METLITZKY | KANE LLP**
GRACE YANG (CA Bar No. 286635)
gyang@conmetkane.com
MIRANDA KANE (CA Bar No. 150630)
mkane@conmetkane.com
FELIPE CORREDOR (CA Bar No. 295692)
fcorredor@conmetkane.com
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 343-7100
Fax: (415) 343-7101

*Attorneys for Defendants Dario Amodei and Benjamin Mann*

Telephone: (212) 951-1156
jpariser@oandzlaw.com
carly@oandzlaw.com
bmatera@oandzlaw.com

**PRYOR CASHMAN LLP**
Benjamin S. Akley (SBN 278506)
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6641
bakley@pryorcashman.com

*Attorneys for SMP-WCM Plaintiffs*

**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)**

Pursuant to Civil L.R. 5-1(h), I hereby attest that concurrence in the filing of this document was obtained from the document's signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2026

*/s/ Corey Miller*
Corey Miller

**~~[PROPOSED]~~ ORDER**

Good cause appearing therefore, the Court ORDERS as follows:

The current deadlines for (1) briefing Defendant Anthropic's motion to dismiss in *BMG Rights Management (US) LLC v. Anthropic PBC*, Case No. 5:26-cv-02334-EKL-SVK ("*BMG*"), and (2) amending the Complaint and briefing Defendants' motion to dismiss (as necessary) in *Sony Music Publishing (US) LLC, Warner Chappell Music, Inc., et al. v. Anthropic PBC et al.*, Case No. 5:26-cv-09217-EKL ("*SMP-WCM*") are each STAYED pending the filing of an amended complaint in the related case *Concord Music Group, Inc., et al. v. Anthropic PBC, et al.*, Case No. 5:26-cv-00880-EKL-SVK ("*Concord II*") and the resolution of any motions to dismiss that may be filed as to that amended *Concord II* complaint.

Upon resolution of the *Concord II* motions to dismiss, the Parties in *BMG* and *SMP-WCM* are ORDERED to promptly meet and confer to propose amendment and briefing schedules in their respective actions, where applicable. The motion to dismiss in *BMG* (ECF No. 63) is TERMINATED without prejudice to renewal and the February 24, 2027 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: November 12, 2026

THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT COURT JUDGE